**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01829-REB-CBS

JOHN REDDING,

      Plaintiff,

v.

DEPARTMENT OF NATURAL RESOURCES ("DNR")
HARRIS SHERMAN (previous) EXECUTIVE DIRECTOR OF DNR, in his official and individual capacties,
MIKE KING (current) EXECUTIVE DIRECTOR OF DNG, in his official and individual capacities,
DICK WOLF, State Engineer, in his official and individual capacities,
MARK HAYNES, Dam Safety Chief, in his official and individual capacities,
KIM BURGESS (previous) DNR HUMAN RESOURCES DIRECTOR, in her official and individual capacities,
STATE PERSONNEL BOARD ("SPB"), and
KAREN SCHAEFER (previous) State Ombuds, in her official and individual capacities,

      Defendants.

---

### MINUTE ORDER[1]

---

      The matter comes before the court on the **Defendants' Notice of Withdrawal of Motion To Dismiss Amended Complaint [Dkt. #23]** [#32][2] filed February 10, 2012. After reviewing the notice and the file, the court has concluded that the notice should be approved and that defendants' motion to dismiss the amended complaint should be withdrawn.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Defendants' Notice of Withdrawal of Motion To Dismiss Amended Complaint [Dkt. #23]** [#32] filed February 10, 2012, is **APPROVED**; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2.  That **Defendants Wolfe and Haynes' Motion To Dismiss Amended Complaint** [#23] filed January 9, 2012, is **WITHDRAWN**.

Dated:  February 10, 2012