**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01829-REB-CBS

JOHN REDDING,

    Plaintiff,

v.

DICK WOLF, State Engineer, in his official and individual capacities,
MARK HAYNES, Dam Safety Chief, in his official and individual capacities, and
GLEN ANSTINE, Chapter 7 Trustee,

    Defendants.

**ORDER DISMISSING GLEN R. ANSTINE, CHAPTER 7 TRUSTEE, ONLY**

**Blackburn, J.**

The matter is before me on the **Unopposed Motion To Dismiss Party Glen R. Anstine, Chapter 7 Trustee** [#49][1] filed April 3, 2012.  After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant, Glen R. Anstine, Chapter 7 Trustee, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss Party Glen R. Anstine, Chapter 7 Trustee** [#49] filed Aril 3, 2012, is **GRANTED**;

2. That plaintiff's claims against defendant, Glen R. Anstine, Chapter 7 Trustee, are **DISMISSED**; and

---

[1] "[#49]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     3.  That defendant, Glen R. Anstine, Chapter 7 Trustee, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated April 4, 2012, at Denver, Colorado.

                                                  **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge