IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01829-REB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| Date: **April 9, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

JOHN REDDING,  Tiffany Jo Drahota

    Plaintiff,

v.

DICK WOLFE, *et al*.,  Stephanie Lindquist Scoville

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in Session:    8:00 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the defendant's Unopposed MOTION to Stay Discovery and Motion for Leave to File Motion to Dismiss Based on Collateral Estoppel (Docket No. 41, filed on 3/9/2012).

Discussion regarding when discovery requests were served, taking depositions, previous Scheduling Conference (held on January 13, 2012), Rule 26(g) pertaining to the certifying of discovery requests, filing a Motion to Dismiss verses filing a Motion for Summary Judgment, Rule 56(e) pertaining to Summary Judgment (specifically if the plaintiff has access to the necessary information), Rule 26(b)(2)(c) pertaining to limiting discovery, interrogatories, requests for production, and requests for admissions.

The court advises the parties that discovery cannot be stayed unless Judge Blackburn vacates the trial date which he will not do without the showing of good cause.  Ms. Scoville informs the court that she would like to give more consideration to how the defendant's want to proceed.

**ORDERED:**  The court **DENIES,** without prejudice, the defendant's Unopposed MOTION to Stay Discovery and Motion for Leave to File Motion to Dismiss Based on Collateral Estoppel (Docket No. 41, filed on 3/9/2012).

Discussion between the court and the parties regarding the current deadlines for discovery.

HEARING CONCLUDED.

**Court in recess**:        **8:33 a.m.**
Total time in court:     00:33

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.