IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01829-REB-CBS

JOHN REDDING,
    Plaintiff,
v.
DICK WOLFE, in his official and individual capacities, and
MARK HAYNES, in his official and individual capacities,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    Pursuant to the Order of Reference dated July 18, 2011 (Doc. # 2) this civil action was referred to the Magistrate Judge.  This action comes before the court on an *ex parte* e-mail received by the court from Mr. Redding on June 18, 2012.  Mr. Redding stated:

> So, because I was unable to make a last minute phone conference on my daughter's birthday, the Motion to have my response to the Summary Judgment due date was granted, without the courtesy of speaking with me first?!  John Redding.[1]

    Defendants filed their Motion for Summary Judgment on May 29, 2012.  (*See* Doc. # 55).  Pursuant to the Local Rules, Mr. Redding's deadline to respond to the Motion was June 19, 2012.  (*See* D.C. COLO. LCivR 7.1C.).  On June 13, 2012, a hearing was held before the Magistrate Judge on Mr. Redding's counsel's "Unopposed

---

[1] Mr. Redding's *ex parte* e-mail communications with the court violate the Local Rules of Practice for the United States District Court for the District of Colorado and the Federal Rules of Civil Procedure, specifically Fed. R. Civ. P. 5, which requires that communications with the court be served on every party.

1

Motion to Withdraw" (Doc. # 57).  After extensive discussion, the court granted Mr. Redding's counsel's motion to withdraw and extended the deadline for Mr. Redding to respond to Defendants' Motion for Summary Judgment an additional 30 days, to July 13, 2012.  (*See* Courtroom Minutes/Minute Order (Doc. # 69)).  Also on June 13, 2012, with the court's assistance, the parties entered into settlement negotiations and reached an agreement to resolve this matter. The Magistrate Judge then stayed all deadlines, including the July 13, 2012 deadline for Mr. Redding's response to Defendants' Motion for Summary Judgment.  (*See id.*).

On June 14, 2012, Mr. Redding communicated by e-mail to defense counsel that he was withdrawing his agreement to the settlement.  Defendants immediately filed their "Motion to Reinstate Deadline for Plaintiff's Response to Defendants' Motion for Summary Judgment".  (*See* Docs. # 70, # 70-1).  The court promptly attempted to set a telephone conference with the parties regarding Defendants' Motion to Reinstate Deadline for Plaintiff's Response.  On June 15, 2012 at 7:13 a.m., the court received an *ex parte* e-mail from Mr. Redding stating *in toto* "[c]an't make it today."

The court having reviewed the entire case file and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

   1.   From this time forward, Mr. Redding shall communicate with the court by filing his communications in the case in writing in conformance with the Local Rules of Practice in the United States District Court for the District of Colorado and the Federal Rules of Civil Procedure.

   2.   The July 13, 2012 deadline for filing a stipulated motion to dismiss is

hereby VACATED.

      3.    Mr. Redding shall file any response he has to Defendants' Motion for Summary Judgment on or before Friday, July 13, 2012.

      4.    Any and all dispositive motions shall be filed on or before July 1, 2012.

      5.    A Final Pretrial Conference shall be held on August 20, 2012 at 9:15 a.m. in Courtroom A 402 before Magistrate Judge Craig B. Shaffer.

      6.    A Trial Preparation Conference shall be held on September 28, 2012 at 1:30 p.m. in Courtroom A1001 before Judge Robert E. Blackburn.

      7.    A six (6) day jury trial shall be held on October 15, 2012 at 8:30 a.m. in Courtroom A1001 before Judge Robert E. Blackburn.

DATED at Denver, Colorado this 18th day of June, 2012.

BY THE COURT:

    s/ Craig B. Shaffer
United States Magistrate Judge