**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01829-REB-CBS

JOHN REDDING,

    Plaintiff,

v.

DICK WOLF, State Engineer, in his official and individual capacities,
MARK HAYNES, Dam Safety Chief, in his official and individual capacities, and

    Defendants.

## ORDER OF DISMISSAL

The matter before me is the **Joint Stipulated Motion To Dismiss with Prejudice** [#80] filed July 18, 2012.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Dismiss with Prejudice** [#80] filed July 18, 2012, is **APPROVED**;

2. That the Trial Preparation Conference set for September 28, 2012, is **VACATED**;

3. That the jury trial set to commence October 15, 2012, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 19, 2012, at Denver, Colorado.

                                        **BY THE COURT**:

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge